# FEDERATED RURAL ELECTRIC INSURANCE EXCHANGE, appellant,

v.

# NATIONAL FARMERS UNION PROPERTY AND CASUALTY COMPANY, appellee.

## No. 49S05–0408–CV–381.

Supreme Court of Indiana.

Oct. 21, 2004.

### *PUBLISHED ORDER*

The Court of Appeals issued its opinion in this case at *Federated Rural Elec. Ins. Exch. v. Nat'l Farmers Union Prop. and Cas. Co.,* 805 N.E.2d 456 (Ind.Ct.App. 2004), *vacated.* Federated Rural Electric Insurance Exchange filed a petition to transfer jurisdiction over the appeal to the Supreme Court. The Supreme Court granted the petition to transfer, thereby vacating the Court of Appeals opinion pursuant to Indiana Appellate Rule 58(A).

After the Supreme Court granted transfer, but before the Court had an opportunity to issue its opinion, the parties filed a "Joint Motion To Dismiss Appeal." The motion represents that the parties have settled their differences and requests that the Court dismiss the appeal. The Court now grants the parties' motion and hereby

dismisses the appeal. The Court of Appeals opinion remains vacated.

The Clerk is directed to send copies of this order to all counsel of record, including counsel for all amici curiae; and to West Publishing Company for publication in the bound volumes of the Court's decisions.

All Justices concur.